alegato alguno en apoyo del recurso, el tribunal resuelve en corte abierta, desestimar la apelación.

No. 2011. EL PUEBLO, APELADO, *v.* ONFRÍ, APELANTE. — Corte de Distrito de Humacao. Resuelto en febrero 2, 1923. Infracción ley de automóviles. No habiendo el apelante presentado alegato alguno en apoyo del recurso, el tribunal resuelve en corte abierta, desestimar la apelación.

No. 2384. TOUS SOTO, DEFENSOR DE LA MENOR ANGELA LÓPEZ, APELANTE, *v.* CHEVREMONT, APELADO.—Corte de Distrito de San Juan, Sección Segunda. Daños y perjuicios por seducción. Resuelto en febrero 5, 1923. Se declara no haber lugar a la reconsideración solicitada. Jueces disidentes: Sres. Asociados Aldrey y Franco Soto.

No. 2964. TOTTI ET AL., APELANTE-APELADO, *v.* ANSORGE EXPORT COMPANY, APELANTE-APELADA.—Corte de Distrito de San Juan, Sección Primera. Daños y perjuicios. Resuelto en febrero 6, 1923. Vista la moción de desistimiento de apelación presentada por la demandante y las certificaciones que se acompañan, se resuelve tenerla por desistida de la apelación.

No. 1930. EL PUEBLO, APELANTE, *v.* PARKHURST, APELADO. —Corte de Distrito de San Juan, Distrito Segundo. Homicidio involuntario. Resuelto en febrero 6, 1923. No apareciendo que se haya cometido un claro abuso de discreción por la corte al conceder un nuevo juicio, de acuerdo con los fundamentos del caso *El Pueblo* v. *Soto,* 26 D. P. R. 446, se declara sin lugar el recurso y se confirma la sentencia.

No. 2012. EL PUEBLO, APELADO, *v.* MALDONADO, APELANTE. —Corte de Distrito de Humacao. Resuelto en febrero 6, 1923. Infracción ley de automóviles. No habiendo el apelante radicado alegato alguno, el tribunal resuelve en corte abierta desestimar la apelación.